AGNES M. MCKENNA *v.* JAMES R. MCDONALD.

November Term, 1939.

Present: MOULTON, C. J., SHERBURNE, BUTTLES, STURTEVANT and JEFFORDS, JJ.

Opinion filed January 2, 1940.

*Henry A. Milne* for the defendant.

*Fred E. Gleason* for the plaintiff.

SHERBURNE, J.   The plaintiff was a passenger in the automobile of Charles F. McKenna, and was involved in the accident described in *McKenna* v. *McDonald, ante,* p. 60, 10 Atl. 2d. 208.   The two actions were tried together below, and argued together here.   The facts and legal principles involved are sufficiently similar to make the result the same in each cause.

*Judgment affirmed.*